Thomas J. Bayard, Esq.  (SBN 226247)
ALESSI & BAYARD
556 North Diamond Bar Blvd, Suite 300
Diamond Bar, CA 91765
Tel: (909) 861-8300
Fax: (877) 843-6530

Andrea Bierstein (*pro hac vice*)
Mitchell Breit (*pro hac vice*)
Jayne Conroy (*pro hac vice*)
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Ave., 7th Floor
New York, New York 10016
Tel:  (212) 784-6400
Fax:  (212) 213-5949

*Attorneys for Plaintiff Guillermo Soto Montalvo and*
  *the Putative Class*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO SOTO MONTALVO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>- against -<br><br>ONEWEST BANK, FSB<br><br>Defendant. | Case No. CV11-1548 DSF (FMOx)<br><br>**ORDER OF DISMISSAL**<br><br>Assigned to Hon. Dale S. Fischer |

**ORDER:**

1. Upon stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims against OneWest Bank, FSB are hereby dismissed with prejudice and without fees or costs to any party.

2. The claims of the putative, uncertified class are hereby dismissed without prejudice to the class or any member of the putative class.

Dated: 10/18/2012

Hon. Dale S. Fischer
U.S. District Judge

*Prepared by:*

*Mitchell M. Breit (pro hac vice )*
*Andrea Bierstein (pro hac vice )*
*Jayne Conroy (pro hac vice )*
*HANLY CONROY BIERSTEIN SHERIDAN FISHER*
  *& HAYES LLP*
*112 Madison Ave., 7th Floor*
*New York, New York 10016*
*Tel: (212) 784-6400*
*Fax: (212) 213-5949*
*abierstein@hanlyconroy.com*
*mbreit@hanlyconroy.com*
*jconroy@hanlyconroy.com*

*Attorneys for Plaintiffs*